IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:00CR147MU

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| MOHAMAD YOUSSEF HAMMOUD ) | |
| CHAWKI YOUSEF HAMMOUD ) | |
| ANGELA GEORGIA TSIOUMAS ) | |
| _____) | |

      This matter is before the court upon the *pro se* Petitioner Moussa Hammoud's motion for extension of time to respond to the government's Motion to Dismiss. For good cause shown, petitioner's motion is granted and petitioner may have an additional twenty (20) days from the date of entry of this Order to respond to the government's motion.

**Signed: August 9, 2005**

Graham C. Mullen
Chief United States District Judge